UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KASIB SEVEN BIZZARD,           )
                               )
        Plaintiff,             )
                               )
v.                             )       CV423-004
                               )
AUSTIN FORAKER, *et al.*,      )
                               )
        Defendants.            )

# ORDER

*Pro se* plaintiff Kasib Seven Bizzard has requested an extension of his deadline to respond to the Court's Report and Recommendation that his request to proceed *in forma pauperis* ("IFP") be denied. *See* doc. 7. However, after the Report and Recommendation was entered, Plaintiff consented to the undersigned's jurisdiction over this case. *See* doc. 5. Given his consent, the Report and Recommendation is moot. It is, therefore, **VACATED**. Doc. 4. However, as explained below, the defects in his request to proceed IFP remain.

As the Court previously explained, Bizzard's disclosed assets preclude any finding that he may pursue his case *in forma pauperis*. *See* Doc. 4 at 1 (noting disclosed assets of $1,427). Bizzard's request for additional time to respond to the Report and Recommendation asserts

that it "does not rely on current info[r]mation." Doc. 7 at 2. He also asserts that an unspecified "medical condition . . . show[s] that the alleged assets are not merely assets without a reason and are used to assist in his diabetic condition." *Id.* His assertion that the financial information was not "current" is somewhat odd, given that it was information he provided. *See* doc. 2 at 2. His second assertion, that a medical condition results in expenses that might exhaust his available assets is more cogent. *See, e.g., Adkins v. E.I. DuPond de Nemours & Co.*, 335 U.S. 331, 339 (1948) (assertion of poverty is sufficient to merit proceeding *in forma pauperis* if payment of costs would preclude acquisition of "the necessities of life."). The Court will, therefore, provide him with an opportunity to supplement his request to proceed IFP.

In summary, the Court's Report and Recommendation is **VACATED**. Doc. 4. Bizzard's request for additional time to object to that Report and Recommendation is, therefore, **DISMISSED as moot**. Doc. 7. He is **DIRECTED** to supplement his IFP Motion no later than February 27, 2023. The Clerk is **DIRECTED** to enclose a copy of Form AO 240 (Application to Proceed in District Court without Prepaying Fees or Costs (Short Form)) with this Order for Bizzard's convenience. Bizzard

is advised that any regular medical expenses he contends are relevant to his financial status should be disclosed in the section of the Form for listing "other regular monthly expenses." Bizzard is advised that failure to timely comply with this Order may result in dismissal of this case. *See* Fed. R. Civ. P. 41(b).

    **SO ORDERED**, this 26th day of January, 2023.

                                                _____
                                                CHRISTOPHER L. RAY
                                                UNITED STATES MAGISTRATE JUDGE
                                                SOUTHERN DISTRICT OF GEORGIA