AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KASIB SEVEN BIZZARD,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 423-004

AUSTIN FORAKER, et al.,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order dated September 11, 2023, Bizzard's case is dismissed for failure to comply with the Court's Order, the Local Rules, and failure to prosecute this case. The Defendants' Motion to dismiss is, therefore, dismissed as moot. This case stands closed.

Approved by: *Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 11, 2023
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/2020